**SEALED DOCUMENT**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.

Criminal No. 04-cr-95-01-JD

Patricia Taylor

## WARRANT FOR ARREST

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Patricia Taylor and bring her forthwith to the nearest magistrate judge to answer a Petition charging her with a

Violation of Condition of Supervised Release. See Petition attached.

ISSUED BY:

DATE: December 11, 2007

Charli M. Pappas
Deputy Clerk

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |