UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No. 12-07066-JCB

UNITED STATES OF AMERICA

v.

PATRICIA TAYLOR

**ORDER OF REMOVAL**

Boal, M.J.

Defendant Patricia Taylor was convicted of bank fraud in violation of 18 U.S.C. § 1344 in the District of New Hampshire (D.N.H. No. 04-cr-95-01-JD).  Ms. Taylor is now charged in a petition with a violation of her conditions of supervised release.  She appeared before the undersigned for an initial appearance on May 21, 2012 represented by appointed counsel.

The defendant waived an identity hearing as well as the production of the judgment, warrant, and warrant application; I find that the defendant is the person named in the warrant. The defendant elected to voluntarily consent to detention without prejudice.

WHEREFORE, the defendant is REMANDED to the custody of the United States Marshals Service and ORDERED removed to the District of New Hampshire pursuant to Federal Rule of Criminal Procedure 32.1(a)(5)(B).

    /s/ Jennifer C. Boal
JENNIFER C. BOAL
United States Magistrate Judge

Date: May 22, 2012