**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.   CRIMINAL CASE NO. 1:12-MJ-7066-1

PATRICIA TAYLOR
      Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 05/21/12 to represent said defendant in this cause until further order of the Court.

SARAH ALLISON THORNTON,
Clerk of Court

5/23/12                         By:   /s/ Barbara G. Leboff
Date                                        Deputy Clerk